O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE McCLOUD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JEANNE WOODARD, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 09-02607 PA (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: December 18, 2009

　　　　　　　　　　　　　　　　　　　　／s／ Percy Anderson
　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE