O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE McCLOUD, | ) | CASE NO. CV 09-02607 PA (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| JEANNE WOODARD, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss as to its assertion that Plaintiff's claims were not exhausted properly is granted and the action is dismissed without prejudice.

DATED: December 18, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE